UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGYAN ZOU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-05023 PA (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Response, Reply, all the records and files herein, along with the November 2, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 12]. No objections have been filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 12], is accepted;
2. The Petition is granted in part;

3. Respondents must provide Petitioner Hongyan Zou (A# 216-016-801) with an individualized bond hearing before an immigration judge within 7 days of the date of the Order; and

4. Judgment is to be entered accordingly.

DATED: November 12, 2026

PERCY ANDERSON
United States District Judge